## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**SYNCHRONOSS TECHNOLOGIES, INC.,**
**Plaintiff,**

v.

**F-SECURE CORPORATION and**
**F-SECURE, INC.,**

**Defendants.**

**Civ. Action No. 3:14-cv-06220 (MLC-LHG)**

RECEIVED

MAR 31 2015

AT 8:30_____M
WILLIAM T. WALSH CLERK

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1) Plaintiff Synchronoss Technologies, Inc. ("Synchronoss") hereby submits this Notice of Dismissal with Prejudice of all claims asserted by Synchronoss in this case. It is respectfully submitted that Defendants have not served an Answer, a Motion for Summary Judgment or otherwise appeared.


Respectfully submitted,                    March 27, 2015


 s/ Andrew Grodin
Joel N. Bock
Andrew M. Grodin
Dentons US LLP
101 JFK Parkway
Short Hills, NJ 07078
(973) 912-7100

Mark L. Hogge
Shailendra Masheshwari
Nicholas H. Jackson
Dentons US LLP
1301 K Street, NW
Washington, DC 20005
(202) 408-6400

Anne K. W. Sutton (*pro hac vice* pending)
Dentons US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606
Telephone: (312) 876-8000

Attorneys for Plaintiff
Synchronoss Technologies, Inc.

SO ORDERED: *Mary L. Cooper*
MARY L. COOPER, U.S.D.J.

MARCH 31, 2015